**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. 4:20 CV 1938 MTS |
| ) | |
| ERDCC, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal Doc. [6] is **DENIED**.

Dated this 6th day of May, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE